**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BARRY JOSEPH BROWN, #175760** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-783** |
| **SHERIFF JERRY TURLICH, ET AL.** | **SECTION "A" (5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,   **IT IS ORDERED** that Barry Joseph Brown's Section 1983 claims against defendants are dismissed with prejudice as legally frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

New Orleans, Louisiana, this __22nd__ day of _____May_____, 2026.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**